May 22, 2009

Ms. Debra Janece McComas
Haynes & Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Honorable Gloria A. Saldana
224th District Court Judge, Bexar County
100 Dolorosa St., Ste. 400
San Antonio, TX 78205-3028
Honorable Lori Massey
Bexar County Courthouse
100 Dolorosa Street, #401
San Antonio, TX 78205-3028

Mr. Joe Kendall
Kendall Law Group
3232 McKinney St., Suite 700
Dallas, TX 75204

RE: Case Number: 07-0581
 Court of Appeals Number: 04-07-00359-CV
 Trial Court Number: 2005-CI-19934

Style: IN RE HAROLD R. SCHMITZ, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Chief Justice Jefferson not
sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |
| |Mr. Randall J. Baron|
| | |
| |Mr. David T. |
| |Wissbroecker |
| |Mr. Kevin K. Green |